# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | No. 01-0026-01-CR-W-FJG |
| David L. Parker, Sr., ) | |
| Defendant. ) | |

## ORDER

Plaintiff's motion for reduction of sentence under Rule 35 (Doc. #39), filed July 27, 2005, is sustained. Defendant's sentence is reduced from a term of incarceration of 80 months to a term of incarceration of 60 months. All other aspects of the judgment imposed on April 12, 2002, (Doc. #36) shall remain in effect.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated:   August 24, 2005
Kansas City, Missouri